## BAKER v. CITY OF SANFORD

No. 569P95

Case below: 120 N.C.App. 783

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## BASS v. SIDES

No. 494P95

Case below: 120 N.C.App. 485

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 February 1996.

## BEAM v. KERLEE

No. 506P95

Case below: 120 N.C.App. 203

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 February 1996.

## BELL v. BUILDERS TRANSPORT

No. 490P95

Case below: 120 N.C.App. 642

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## BIVENS v. COTTLE

No. 496PA95

Case below: 120 N.C.App. 467

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 February 1996.